DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN JEAN-JACQUES** and **ROSE GERTA JEAN-JACQUES,**
Appellants,

v.

**BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-41CB, MORTAGE PASS-THROUGH CERTIFICATES SERIES 2006-41CB,**
Appellee.

No. 4D19-535

[December 19, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE16-004153.

Stephen Jean-Jacques and Rose Gerta Jean-Jaques, Hallandale Beach, pro se.

Jason Joseph of Tromberg Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***